DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Valladares<br><br>Case below:<br>165 N.C. App. 598 | No. 432P04 | AG's Motion for Temporary Stay<br>(COA03-879) | Denied<br>**08/23/04** |
| Town of Highlands v. Hendricks<br><br>Case below:<br>164 N.C. App. 474 | No. 323P04 | Defs' PDR Under N.C.G.S. § 7A-31<br>(COA03-55) | Denied<br>10/06/04<br><br>**Martin, J.,**<br>**recused** |
| Trivette v. State Farm Mut. Auto. Ins. Co.<br><br>Case below:<br>164 N.C. App. 680 | No. 327P04 | Plt's PDR Under N.C.G.S. § 7A-31<br>(COA03-986) | Denied<br>10/06/04 |
| Vaughn v. Insulating Servs.<br><br>Case below:<br>165 N.C. App. 469 | No. 394P04 | Plt's PDR Under N.C.G.S. § 7A-31<br>(COA03-781) | Denied<br>10/06/04 |
| Whitt v. Harris Teeter, Inc.<br><br>Case below:<br>165 N.C. App. 32 | No. 416A04 | 1. Def's (Harris Teeter) NOA Based on a Dissent (COA03-335)<br><br>2. Def's (Harris Teeter) PDR as to Additional Issues | 1. ——<br><br>2. Denied<br>10/06/04 |
| Williams v. Haigler<br><br>Case below:<br>163 N.C. App. 614 | No. 218P04 | 1. Defs' NOA Based Upon a Constitutional Question (COA03-387)<br><br>2. Defs' PDR Under N.C.G.S. § 7A-31<br><br>3. Plt's Motion to Dismiss Appeal<br><br>4. Plt's Conditional PDR | 1. ——<br><br>2. Denied<br>**08/20/04**<br><br>3. Allowed<br>**08/20/04**<br><br>4. Dismissed as moot<br>**08/20/04**<br><br>**Martin, J.**<br>**and**<br>**Wainwright,**<br>**J., recused** |